UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anthony F. Danese, Jr.

Case No.: 22-10407
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____, _____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on 04/19/22 at 11 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
13 Catawba Avenue
Turnersville, NJ
Value $396,500.00

Liens on property:
Fay Servicing
$429,639.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10407-JNP
Anthony F Danese, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Mar 11, 2022  Form ID: pdf905  Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony F Danese, Jr., 13 Catawba Avenue, Turnersville, NJ 08012-1637 |
| 519487218 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519487219 | + | Ars Account Resolution, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519487222 | + | Attorney General, PO Box 080, Hughes Justice Complex, Trenton, NJ 08625-0080 |
| 519487223 | + | BlueCross BlueShield of Illinois, PO Box 7344, Chicago, IL 60680-7344 |
| 519487224 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 519487225 | + | Cardiovascular Assoc Of Del V, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1994 |
| 519494546 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519487231 | | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519487232 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |
| 519487233 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 519487234 | | Fortiva, PO BOX 650721, Atlanta, GA 30348 |
| 519487235 | + | Franklin Cardiovascular Assoc, 1100 liberty Place, Lakeside Business Park, Sicklerville, NJ 08081-5708 |
| 519487237 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519487238 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519487239 | + | Lab Corp, Po Box 2240, Burlington, NC 27216-2240 |
| 519487240 | | LabCorp, PO BOX 2240, Burlington, NC 27216-2240 |
| 519487241 | + | Lorraine Danese, 13 Catawba Avenue, Turnersville, NJ 08012-1637 |
| 519526926 | + | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519487246 | + | NJ-AISC, 225 East State Street, Trenton, NJ 08608-1800 |
| 519487247 | | NJ-MVVSS, PO Box 4850, Trenton, NJ 08650-4850 |
| 519487248 | + | NJSVS, Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |
| 519487244 | + | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519487249 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519487250 | + | Philadelphia Heart PC, 1332 W Ritner St, Philadelphia, PA 19148-3537 |
| 519526927 | + | Professional Pain Management, PO Box 8890, Turnersville, NJ 08012-8890 |
| 519487251 | + | Pulmonary Health Consultants, 542 Berlin Cross Keys Rd suite 3-247, Sicklerville, NJ 08081-4367 |
| 519487252 | + | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519487254 | + | Rothman Orthopaedics Institute, PO Box 412423, Boston, MA 02241-2423 |
| 519487255 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519487256 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519487257 | + | State of New Jersey, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519487258 | + | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519487220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2022 20:20:53 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-10407-JNP    Doc 11    Filed 03/13/22    Entered 03/14/22 01:16:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: pdf905 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 519487221 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 11 2022 20:14:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519487226 | + | Email/Text: ebn@carepayment.com | Mar 11 2022 20:15:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 519487227 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 11 2022 20:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519487228 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 11 2022 20:15:00 | Credit Collections Svc, Po Box 447, Norwood, MA 02062-0447 |
| 519487229 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2022 20:20:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519487230 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2022 20:21:02 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519487236 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2022 20:14:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 519487242 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:38 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519487243 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2022 20:14:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 519487245 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 11 2022 20:14:00 | NJ E-Pass, PO BOX 4971, Trenton, NJ 08650 |
| 519487253 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:36 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519487259 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 11 2022 20:14:00 | U.S. Bank NA, PO Box 2188, Oshkosh, WI 54903 |
| 519487260 | + | Email/Text: agrassiawtmua@verizon.net | Mar 11 2022 20:14:00 | Washington Township MUA, PO Box 127, Grenloch, NJ 08032-0127 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf905 | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Anthony F Danese  Jr. jjresq@comcast.net, jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5