Form loccrtno − loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22−10407−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony F Danese Jr.
    aka Anthony F Danese
    13 Catawba Avenue
    Turnersville, NJ 08012

Social Security No.:
    xxx−xx−8175

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

    I  Kenyatta A Johnson , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: 13 Catawba Avenue, Turnersville, NJ


Dated: April 14, 2022
JAN: kaj

                                                                Jeanne Naughton
                                                                Clerk