**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony F Danese Jr. | Social Security number or ITIN   xxx–xx–8175 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–10407–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony F Danese Jr.
aka Anthony F Danese

4/22/22

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10407-JNP |
| Anthony F Danese, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 22, 2022 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony F Danese, Jr., 13 Catawba Avenue, Turnersville, NJ 08012-1637 |
| 519487218 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519487219 | + | Ars Account Resolution, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519487222 | + | Attorney General, PO Box 080, Hughes Justice Complex, Trenton, NJ 08625-0080 |
| 519487223 | + | BlueCross BlueShield of Illinois, PO Box 7344, Chicago, IL 60680-7344 |
| 519487225 | + | Cardiovascular Assoc Of Del V, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1994 |
| 519494546 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519487231 | | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519487232 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 519487233 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 519487234 | | Fortiva, PO BOX 650721, Atlanta, GA 30348 |
| 519487235 | + | Franklin Cardiovascular Assoc, 1100 liberty Place, Lakeside Business Park, Sicklerville, NJ 08081-5708 |
| 519487237 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519487238 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519487240 | ++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270 address filed with court:, LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519487239 | + | Lab Corp, Po Box 2240, Burlington, NC 27216-2240 |
| 519487241 | + | Lorraine Danese, 13 Catawba Avenue, Turnersville, NJ 08012-1637 |
| 519526926 | + | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519487246 | + | NJ-AISC, 225 East State Street, Trenton, NJ 08608-1800 |
| 519487247 | | NJ-MVVSS, PO Box 4850, Trenton, NJ 08650-4850 |
| 519487248 | + | NJSVS, Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |
| 519487244 | + | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519487249 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519487250 | + | Philadelphia Heart PC, 1332 W Ritner St, Philadelphia, PA 19148-3537 |
| 519526927 | + | Professional Pain Management, PO Box 8890, Turnersville, NJ 08012-8890 |
| 519487251 | + | Pulmonary Health Consultants, 542 Berlin Cross Keys Rd suite 3-247, Sicklerville, NJ 08081-4367 |
| 519487252 | + | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519487254 | + | Rothman Orthopaedics Institute, PO Box 412423, Boston, MA 02241-2423 |
| 519487255 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519487256 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519487257 | + | State of New Jersey, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519487258 | + | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBTHOMAS.COM | Apr 23 2022 00:33:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 318 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519487220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 20:41:26 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519487221 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 22 2022 20:36:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519487224 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 22 2022 20:37:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 519487226 | + | Email/Text: ebn@carepayment.com | Apr 22 2022 20:37:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 519487227 | + | EDI: CCS.COM | Apr 23 2022 00:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519487228 | + | EDI: CCS.COM | Apr 23 2022 00:33:00 | Credit Collections Svc, Po Box 447, Norwood, MA 02062-0447 |
| 519487229 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 20:41:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519487230 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 20:41:16 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519487232 | | Email/Text: ECF@fayservicing.com | Apr 22 2022 20:36:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 519487236 | | EDI: JEFFERSONCAP.COM | Apr 23 2022 00:33:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 519487240 | | Email/Text: govtaudits@labcorp.com | Apr 22 2022 20:36:00 | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519487242 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:21 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519487243 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2022 20:36:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 519487245 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 22 2022 20:36:00 | NJ E-Pass, PO BOX 4971, Trenton, NJ 08650 |
| 519487253 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:22 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519487259 | | EDI: USBANKARS.COM | Apr 23 2022 00:33:00 | U.S. Bank NA, PO Box 2188, Oshkosh, WI 54903 |
| 519487260 | + | Email/Text: agrassiawtmua@verizon.net | Apr 22 2022 20:36:00 | Washington Township MUA, PO Box 127, Grenloch, NJ 08032-0127 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 22, 2022 | Form ID: 318 | Total Noticed: 50 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Anthony F Danese  Jr. jjresq@comcast.net, jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5